IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JUSTIN ALEXANDER BROCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 114-088 |
| ) | |
| DEPARTMENT OF DEFENSE FEDERAL ) | |
| CONTRACTOR (ENTERPRIZE), ) | |
| ) | |
| Defendant. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 7.) Plaintiff, an inmate at Augusta State Medical Prison in Grovetown, Georgia, commenced the above-captioned case *pro se* alleging harassment and invasion of privacy and requested permission to proceed *in forma pauperis* ("IFP"). (See doc. no. 1.) On April 9, 2014, the Court directed Plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty days and advised Plaintiff that all prisoners, even those proceeding IFP, must pay the filing fee of $350.00 in full. 28 U.S.C. § 1915(b)(1). Plaintiff was cautioned that failure to return both forms would be an election to have this case voluntarily dismissed without prejudice. (See doc. no. 3.) On May 14, 2014, Plaintiff submitted a Prisoner Trust Fund Account Statement, but failed to submit a signed Consent to Collection of Fees form. (See doc. no. 4.) On June 4, 2014, the Magistrate Judge recommended dismissal of this case without prejudice

because Plaintiff had not submitted the requisite forms or paid the filing fee. (Doc. no. 5.)

In his objections, Plaintiff states he did send the Consent to Collection of Fees form, but that prison officials did not send the mail. (See doc. no. 7.) However, Plaintiff has still not submitted this form, which only requires his signature. As the Court explained in its April 9, 2014 Order, Plaintiff must return **both** the Prisoner Trust Fund Account Statement and the Consent to Collection of Fees form in order to proceed IFP. (Doc. no. 3.) Because Plaintiff has not submitted the Consent to Collection of Fees form, he cannot proceed. As a result, the Court **OVERRULES** Plaintiff's objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this 14th day of July, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA